IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:24-CV-00220-KDB-SCR

| | |
|---|---|
| JEFFREY NORRIS,<br><br>     Plaintiff,<br><br>     v.<br><br>AUTO-OWNERS INSURANCE COMPANY,<br><br>     Defendant. | **ORDER** |

**THIS MATTER** is before the Court on Defendant's Consent Motion to Set Aside Default (Doc. No. 8), filed on November 21, 2024. Having considered the motion and the Plaintiff's consent, the Court will **GRANT** the motion.

**NOW THEREFORE IT IS ORDERED THAT** the Entry of Default against Defendant is hereby set aside. Defendant has fourteen (14) days from the filing of this Order to file an answer or other responsive pleading to Plaintiff's Complaint. Accordingly, the hearing on the Motion for Default Judgment (Doc. No. 7), set for December 18, 2024, at 1:30pm is cancelled.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: December 10, 2024

Kenneth D. Bell
United States District Judge